Dismissed and Memorandum Opinion filed February 17, 2005









Dismissed and Memorandum Opinion filed February 17,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00052-CV

____________

 

SAK
INVESTMENTS, L.I.C., Appellant

 

V.

 

MONT BELVIEU
ECONOMIC DEVELOPMENT CORPORATION and the CITY OF MONT BELVIEU, Appellee

 



 

On Appeal from the
344th District Court

Chambers County,
Texas

Trial Court Cause
No. 20952

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed December 30,
2004.  On February 11, 2005, the parties
filed a joint motion to dismiss the appeal because appellant no longer desires
to prosecute its appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 17, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.